| | |
|---|---|
| District Court:   Denver County<br>Court Address:   1437 Bannock Street, Room 256<br>Denver, CO 80202 | DATE FILED: June 22, 2018 3:19 PM<br>FILING ID: A1BE7FAEA54C6<br>CASE NUMBER: 2018CV32328 |
| **Plaintiff(s):** Ken Williams<br><br>v.<br><br>**Defendant(s):** InnovAge<br>Caroline Thomas | |
| | **COURT USE ONLY** |
| **Attorney for Plaintiffs:**<br>Patricia Jo Stone, PC<br>Kevin R. Blyskal, Reg # 48796<br>19751 E. Mainstreet, Suite 200<br>Parker, CO 80138<br>Phone: 303-805-7080  Fax: 303-805-0052<br>Email: kevin@patriciajostone.com | Case Number:<br><br><br><br><br>Div.:                    Ctrm.: |

## COMPLAINT

Come now the Plaintiff, by and through his attorneys, Patricia Jo Stone, PC and for his Complaint against these Defendants, states and alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.    Ken Williams ("Plaintiff") resides at 3081 Carter Circle, Denver, CO 80222.

2.    Defendant InnovAge is a corporation doing business in Colorado, with a principal place of business located at 8950 E. Lowry Blvd, Denver, CO 80230.

**EXHIBIT A**

3.      Defendant Caroline Thomas is employed at InnovAge, at their location at 1265 S Broadway, Denver, CO 80210.

4.      Plaintiff is also employed at InnovAge at their 1265 S Broadway, Denver, CO 80210 location.

5.      All relevant incidents occurred in Colorado.

## GENERAL ALLEGATIONS

6.      On or about February 23, 2018, Defendant Thomas, a white female, falsely alleged that Plaintiff, a black male, inappropriately touched her in the workplace.

7.      Defendant Thomas filed a formal complaint with the Human Resources department of Defendant InnovAge.

8.      Plaintiff explained to InnovAge that Defendant Thomas' allegation was untrue, and further explained that he had evidence proving that he was not even on location at the time the alleged incident occurred.

9.      Plaintiff sought to file a complaint with the Human Resources department of Defendant InnovAge against Defendant Thomas for willfully and maliciously making a false allegation against him.

10.     Defendant InnovAge did not permit Plaintiff to file a complaint against Defendant Thomas, nor did they take disciplinary action against Defendant Thomas or further investigate the matter.

11.     On or about April of 2018, Defendant Thomas filed another false allegation with Defendant InnovAge, this time falsely alleging that Plaintiff had blocked the doorway of a room when she was trying to leave.

12.     Defendant InnovAge again refused to take disciplinary action against Defendant Thomas for a repeated false accusation against Plaintiff.

**EXHIBIT A**

**FIRST CLAIM FOR RELIEF**
**(Violations of Title VII of the Civil Rights Act of 1964 v. InnovAge)**

13.    Plaintiff incorporates the allegations contained in the preceding paragraphs as though fully set forth herein.

14.    Defendant InnovAge permitted Defendant Thomas, a white female, to file a formal complaint against Plaintiff, a black male, while refusing to allow Plaintiff to file a complaint against Defendant Thomas.

15.    Despite being confronted with evidence establishing that Defendant Thomas had falsely accused Plaintiff, Defendant InnovAge failed to take any disciplinary measures against Defendant Thomas.

16.    Defendant InnovAge's failure to respond appropriately to the first allegation allowed Defendant Thomas to continue harassing Plaintiff with a subsequent false allegation.

17.    Plaintiff has been treated differently by co-workers and supervisors at InnovAge since Defendant Thomas made her first accusation, including several other employees of InnovAge making comments referencing the accusation.

18.    By refusing to permit Plaintiff to file a formal complaint against Defendant Thomas and refusing to take any disciplinary actions against Defendant Thomas, Defendant InnovAge has discriminated against Plaintiff due to his race and sex in violation of Title VII of the Civil Rights Act of 1964, as amended.

19.    Plaintiff is entitled to damages as a result of this violation.

20.    Plaintiff filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission on or about March 21, 2018. A copy of this Charge, and the Notice of Rights issued by the EEOC, has been attached as **Exhibit 1**.

**EXHIBIT A**

## SECOND CLAIM FOR RELIEF
### (Hostile Work Environment v. InnovAge)

21.   Plaintiff incorporates the allegations contained in the preceding paragraphs as though fully set forth herein.

22.   Plaintiff has been treated differently by co-workers and supervisors at InnovAge since Defendant Thomas made her first accusation, with several other employees of InnovAge making comments referencing the accusation.

23.   The fact that other employees at InnovAge know about the accusations indicates that Defendant InnovAge failed to keep the false accusations confidential.

24.   By permitting Defendant Thomas to make multiple false accusations against Plaintiff, and by permitting other employees to become aware of these false accusations, Defendant InnovAge has created a hostile work environment for Plaintiff.

25.   Plaintiff has suffered harm and is entitled to damages as a result.

## THIRD CLAIM FOR RELIEF
### (Negligent Supervision v. InnovAge)

26.   Plaintiff incorporates the allegations contained in the preceding paragraphs as though fully set forth herein.

27.   Defendant InnovAge was negligent in their supervision by failing to take any disciplinary actions against Defendant Thomas or fully investigate the matters.

28.   Plaintiff has suffered harm and is entitled to damages as a result.

## FOURTH CLAIM FOR RELIEF
### (Defamation v. Caroline Thomas)

29.   Plaintiff incorporates the allegations contained in the preceding paragraphs as though fully set forth herein.

# EXHIBIT A

30.     By making multiple false accusations against Plaintiff, Defendant Thomas has defamed Plaintiff's character and harmed his reputation.

31.     Plaintiff has suffered harm and is entitled to damages as a result.

## FIFTH CLAIM FOR RELIEF
### (Intentional Infliction of Emotional Distress v. Caroline Thomas)

32.     Plaintiff incorporates the allegations contained in the preceding paragraphs as though fully set forth herein.

33.     Defendant Thomas willfully and intentionally made multiple false accusations against Plaintiff, thereby inflicting emotional distress.

34.     Plaintiff has suffered harm and is entitled to damages as a result.

## SIXTH CLAIM FOR RELIEF
### (Outrageous Conduct v. Caroline Thomas)

35.     Plaintiff incorporates the allegations contained in the preceding paragraphs as though fully set forth herein.

36.     Defendant Thomas' conduct in willfully making multiple false allegations constitutes outrageous conduct.

37.     Plaintiff has suffered harm and is entitled to damages as a result.

## SEVENTH CLAIM FOR RELIEF
### (Sexual Harassment v. Caroline Thomas)

38.     Plaintiff incorporates the allegations contained in the preceding paragraphs as though fully set forth herein.

39.     By making multiple false allegations against Plaintiff, Defendant Thomas' actions constitute harassment on the basis of sex.

40.     Plaintiff has suffered harm and is entitled to damages as a result.

## EXHIBIT A

RIGHT TO AMEND

41.     Plaintiff reserves the right to amend this Complaint and add additional claims as
        warranted by subsequent investigation and ongoing discovery in this lawsuit.

Wherefore the Plaintiff prays for compensatory damages, punitive damages, attorneys' fees and
costs, and such other and further relief as the Court shall consider appropriate under the
circumstances.

Dated June 22, 2018

                                            Respectfully submitted,

                                            */s/ Kevin Blyskal*
                                            Kevin R. Blyskal, #48796
                                            Patricia Jo Stone, P.C.
                                            19751 E. Mainstreet, Suite 200
                                            Parker, CO 80138
                                            **Attorneys for Plaintiff**

**EXHIBIT A**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via process server on June 22, 2018 to:

Vanessa D Walton
8950 East Lowry Blvd
Denver, CO 80230
*Registered Agent for Defendant InnovAge*

Caroline Thomas
1265 S Broadway
Denver, CO 80210
*Defendant*

 */s/ Kevin Blyskal*
Kevin Blyskal
Patricia Jo Stone, P.C.
*Attorneys for Plaintiff*

**EXHIBIT A**

05/16/2018  19:22    3032213178                    FEDEX OFFICE                            PAGE  02/05

EEOC Form 161 (11/16)              **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Ken Williams**                                    From:  **Denver Field Office**
    **3081 Carter Circle**                                         **303 East 17th Avenue**
    **Denver, CO 80222**                                           **Suite 410**
                                                             **Denver, CO 80203**

DATE FILED: June 22, 2018 3:19 PM
FILING ID: A1BE7FAEA54C6
CASE NUMBER: 2018CV32328

☐     *On behalf of person(s) aggrieved whose identity is*
      *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **846-2018-13449** | **Holly Romero,**<br>**Enforcement Supervisor** | **(303) 866-1341** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

                                                    On behalf of the Commission           **MAR 27 2018**

Enclosures(s)

                                              **Elizabeth Cadle,**                  *(Date Mailed)*
                                              **District Director**

cc:    **Jon Christianson**
        **Human Resources**
        **INNOVAGE**
        **8950 E Lowry Blvd**
        **Denver, CO 80230**

## EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 846-2018-13449 |

| Colorado Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Ken Williams | (720) 829-0899 | |

Street Address
**3081 Carter Circle, Denver, CO 80222**

City, State and ZIP Code

*RECEIVED MAR 21 2018 EEOC ... FIELD OFFICE*

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| InnovAge | Unknown | |

Street Address
**8950 E Lowry Blvd,  Denver, CO 80230**

City, State and ZIP Code

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address

City, State and ZIP Code

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN | Earliest **02-23-2018**  Latest **02-26-2018** |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a Van Driver for the above-named Respondent. I have been denied equal terms and conditions of employment. On/around February 23, 2018, a female coworker (white) accused me of inappropriate touching. The Respondent investigated and found the accusation to be unsubstantiated. I asked Human Resources if I could file a counter complaint against the female employee for making false accusations. Human Resources would not accept or investigate a counter complaint from me. I told Human Resources that it was not fair that they would accept the female employee's complaint but not mine. Three days later, on February 26, 2018, I was given an Acknowledgment Form accusing me of engaging in inappropriate behavior with a participant. This accusation, like the first, was false. My reputation is very important to me. My performance has been complimented by clients and participants. I have a good relationship with that participant but the Respondent did not give me an opportunity to rebut the allegation.

I believe I have been discriminated against based on my race (black), sex (male), and religion (Christian), and I have been retaliated against for complaining of discriminatory treatment, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Mar 21, 2018          *[signature]*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

## EXHIBIT A